SPIRITUSFABRIEK ASTRA OF AMSTERDAM, HOLLAND, Respondent, *v.* SUGAR PRODUCTS COMPANY, Appellant.

(Submitted March 21, 1921; decided March 24, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 230 N. Y. 261.)

---

In the Matter of the Application of HERMAN BERKOVITZ et al., Appellants, *v.* ARBIB & HOULBERG, INC., Respondent.

(Submitted March 21, 1921; decided March 24, 1921.)

Motion to amend remittur (See 230 N. Y. 261) granted, return of remittur requested and remittur directed to be amended so as to provide that the proceedings be remitted to the Special Term for the enforcement of the contract of arbitration in accordance with section 4 of the Arbitration Law, without costs.